IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01705-PSF-CBS

TYRONE W. ALLEN,
 Plaintiff,
v.

NEW POINT LENDING, LLC,
DENVER DISTRICT COURT,
DENVER PUBLIC TRUSTEE,
ROBERT REED, ESQ.,
STEWART TITLE COMPANY OF COLORADO, and
CINDY L. SCHUTZ,
 Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

  This civil action comes before the court on Defendant Denver District Court's "Motion to Stay Discovery and Disclosures Pending the Determination of Eleventh Amendment Immunity" (filed October 24, 2006) (doc. # 21). Pursuant to the Order of Reference dated August 30, 2006 (doc. # 4) and the memorandum dated October 24, 2006 (doc. # 22), this matter was referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

  1. The Rule 16(b) Scheduling Conference set on November 13, 2006 at 9:15 a.m. is hereby converted to a status conference. Parties are **not** required to confer in accordance with Fed. R. Civ. P. 26(f), to comply with the mandatory disclosure

1

requirements of Fed. R. Civ. P. 26(a)(1), to submit confidential settlement statements, or to submit a proposed scheduling order.

2. The court will address Defendant Denver District Court's "Motion to Stay Discovery and Disclosures Pending the Determination of Eleventh Amendment Immunity" (doc. # 21), among other matters, at the November 13, 2006 status conference.

DATED at Denver, Colorado, this 25th day of October, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge