Case 1:06-cv-01705-PSF-CBS   Document 27   Filed 11/13/06   USDC Colorado   Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 06-cv-01705-PSF-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** November 13, 2006 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| TYRONE W. ALLEN, | Pro se |
| **Plaintiff,** | |
| v. | |
| NEW POINT LENDING, LLC, et al., | Robert W. Reed |
| | Wade D. Warthen |
| **Defendants.** | Maurice Knaizer |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in session:        9:20 a.m.**
Court calls case. Appearances of counsel and pro se plaintiff.

Court discusses the status of the case with counsel and pro se plaintiff.

**ORDERED:** Plaintiff's oral motion to withdraw Plaintiff's Second Amendment dated September 20, 2006 (doc. 8) without prejudice is granted. The operative pleading in this case is Plaintiff's First Amendment of Right dated September 7, 2006 (doc. 6).

**ORDERED:** Plaintiff's oral motion to withdraw Plaintiff's Motion Pursuant to Rule 65(a)(1) of the Federal Rules of Civil Procedure and Rule 120(d) of C.R.C.P. Seeking an Order Enjoining Certain Order of the Denver District Court that were Issued in Violation of Respondents' Fourteenth Amendment Right to Due Process and were Procured as a Result of Fraud and Misrepresentation of the Party Applying for Sale of Private Property dated September 20, 2006 (doc. 7) is granted.

**ORDERED:** The Motion for Order Requiring Plaintiff to Make a More Definite Statement dated September 22, 2006 (doc. 10) is granted. Plaintiff shall provide a more definite statement within twenty (20) days.

**ORDERED:** Defendant Denver District Court's oral motion to withdraw Defendant Denver District Court's Motion to Dismiss dated October 10, 2006 (doc. 13) is granted.

**ORDERED:** Defendant Denver District Court's Motion to Stay Discovery and Disclosures Pending the Determination of Eleventh Amendment Immunity dated October 24, 2006 (doc. 21) is denied as moot for the reasons stated on the record.

**ORDERED:** The oral motion to withdraw the Motion to Dismiss Pursuant to Fed.R.Civ.P. 8(a) and 12(b) dated October 26, 2006 (doc. 24) is granted.

**ORDERED:** Plaintiff shall respond to Defendants Stewart Title of Colorado, Inc. and Cindy L. Schultz's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b) dated October 10, 2006 (doc. 15) within ten (10) days.

**ORDERED:** A Status Conference is set for December 11, 2006 at 11:30 a.m. in Courtroom A-402 before Magistrate Judge Shaffer.

HEARING CONCLUDED.
**Court in recess:**     **10:11 a.m.**
Total In-Court Time:     00:51