**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01705-PSF-CBS** | **FTR**-Reporter Deck-Courtroom A402 |
| **Date: December 11, 2006** | **Courtroom Deputy:** Ben Van Dyke |

TYRONE W. ALLEN,                                              Pro se

    **Plaintiff,**

v.

NEW POINT LENDING, LLC, *et al.*,                 Robert W. Reed
                                                                              Scott Levin

    **Defendants.**

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: STATUS CONFERENCE**
**Court in Session:       11:34 a.m.**
Court calls case. Appearances of counsel and pro se plaintiff.

The Court discusses Plaintiff's Answer to Defendant(s) Motion for a More Definite Statement (doc. 33) with pro se plaintiff.

**ORDERED:** **Plaintiff's oral motion to dismiss without prejudice defendants Stewart Title Company of Colorado, Inc. and Cindy L. Schutz is granted.**

**ORDERED:** **The Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b) dated October 10, 2006 (doc. 15) is denied as mooted by the oral motion to dismiss defendants Stewart Title Company of Colorado, Inc. and Cindy L. Schutz.**

**ORDERED:** **Plaintiff shall file a second amended complaint with the Court reflecting the accurate remaining parties and remaining claims by December 18, 2006.**

HEARING CONCLUDED.

**Court in Recess:       12:17 p.m.**
Total In-Court Time:    00:43